# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LEAH BRIZZY,

    Plaintiff,

v.

LUZERNE COUNTY CHILDREN
AND YOUTH SERVICES, et al.,

    Defendants.

3:17-CV-2305
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 12th DAY OF JULY, 2018, upon review of Magistrate Judge Carlson's Report & Recommendation, (Doc. 9), for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation, (Doc.9), is **ADOPTED** for the reasons discussed therein.

2. Defendants' Motion to Dismiss, (Doc. 4), is **GRANTED**.

3. Plaintiff's Complaint, (Doc. 1), is **DISMISSED** for failure to state a claim upon which relief can be granted. Such dismissal, however, is **WITHOUT PREJUDICE** to Plaintiff's right to amend her Complaint.

4. As Plaintiff submitted an Amended Complaint on July 11, 2018, the Court deems the Amended Complaint, (Doc. 11), filed.

Robert D. Mariani
United States District Judge