## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LEAH BRIZZY,                         :
                                     :
          Plaintiff,                 :
                                     :
     v.                              :     3:17-cv-2305
                                     :     (JUDGE MARIANI)
LUZERNE COUNTY CHILDREN              :
AND YOUTH SERVICES, et al.,          :
                                     :
          Defendants.                :

### ORDER

AND NOW, THIS _____ DAY OF AUGUST 2019, upon

consideration of the Motion of Defendants, Luzerne County Children and Youth Services

and Luzerne County, to Dismiss Plaintiff's Complaint (Doc. 20), for the reasons discussed in

the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. The Motion of Defendants, Luzerne County Children and Youth Services and

   Luzerne County, to Dismiss Plaintiff's Complaint (Doc. 20), is **DENIED IN PART, and**

   **GRANTED IN PART;**

2. The motion is **GRANTED** as to punitive damages on the basis that Plaintiff concedes

   that she made no such claim;

3. The motion is **DENIED** in all other respects.

_____
Robert D. Mariani
United States District Judge